IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA LINCOLN, as the Administratrix of the Estate of Tevis A. Lincoln, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:20CV455<br><br>ORDER |

This matter comes before the Court on the parties' Stipulation to Dismiss this case without Prejudice (Filing No. 11). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice, with each party to bear their own costs.

Dated this 25th day of February, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge